*Form L247* (3/23)–doc 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Jason Scott Jordan | ) | |
| Plaintiff(s) | ) | |
| | ) | Adversary No. 24–00145–pmm |
| v. | ) | |
| | ) | |
| Alan Christopher Redmond | ) | |
| Defendant(s) | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before January 8, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before January 13, 2025.

Address of the clerk

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney

JOEL A. READY
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: December 9, 2024