*Form L247* (3/23)–doc 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Jason Scott Jordan | ) | |
| Plaintiff(s) | ) | |
| | ) | Adversary No. 24–00145–pmm |
| v. | ) | |
| | ) | |
| Alan Christopher Redmond | ) | |
| Defendant(s) | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before January 8, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before January 13, 2025.

    Address of the clerk

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney

JOEL A. READY
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: December 9, 2024

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I,   __Valeria Amato, Paralegal__   (name), certify that service of this summons and a copy of the complaint was made   __December 10, 2024__   (date) by:

☒   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | | |
|---|---|---|---|
| Alan Christopher Redmond, President of Bene Market, LLC 8 Morgan Drive Reading, PA 19608 | Bene Market, LLC c/o Norman M. Valz, Esq. 441 Irvington Road Drexel Hill, PA 19026 | Nicole Marie Nigrelli Ciardi Ciardi & Astin 1905 Spruce Street Philadelphia, PA 19103 | Albert Anthony Ciardi III Ciardi Ciardi & Astin 1905 Spruce Street Philadelphia, PA 19103 |

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  __12/10/2024__       Signature  _Valeria Amato_

Print Name:        __Valeria Amato__

Business Address:        __8500 Allentown Pike, Suite 3__

__Blandon, PA 19510__