**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| Debtor. | : |
| | : |
| **JASON SCOTT JORDAN,** | : |
| | : |
| Plaintiff, | : **ADV. PRO. NO. 24-0145 pmm** |
| v. | : |
| | : |
| **ALAN CHRISTOPHER REDMOND, et. al.,** | : |
| | : |
| Defendants. | : |
| | : |

**ALAN CHRISTOPHER REDMOND'S ANSWER TO THE COMPLAINT TO
DETERMINE DISCHARGEABILITY OF DEBTS FILED BY JASON SCOTT JORDAN**

Alan Christopher Redmond, the debtor and debtor-in-possession (the "Debtor" or

"Defendant"), by and through his undersigned counsel, hereby submits the following Answer to

the complaint to determine dischargeability (the "Complaint") filed by Jason Scott Jordan (the

"Plaintiff"), and respectfully avers as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

<u>COUNT I</u>

4.      Denied. The averments contained in this paragraph reference a document, the truth

of which speaks for itself, to which no reply is required of the Defendant.

5.      Admitted.

1

6.    Denied. The averments contained in this paragraph reference a document, the truth of which speaks for itself, to which no reply is required of the Defendant.

7.    Denied. The averments contained in this paragraph reference a document, the truth of which speaks for itself, to which no reply is required of the Defendant. By way of further response, Defendant submits that the Plaintiff attached a 15 page, 81 paragraph Decision to the Complaint that admittedly "accepted nearly all of Jason Scott Jordan's Corrected Proposed Findings of Facts" and nowhere in the Decision does it say there is a finding of fraud against the Defendant. Moreover, the Decision is equally silent on the issues of whether Defendant obtained services from the Plaintiff by false pretenses or false representations. Finally, fraud was not plead by the Plaintiff in the underlying state court matter (Case No. 14-17117) and therefore no inference may be drawn from the Decision in support of such a finding.

8.    Denied. The averments contained in this paragraph reference a document, the truth of which speaks for itself, to which no reply is required of the Defendant. By way of further response, Defendant submits that the Plaintiff attached a 15 page, 81 paragraph Decision to the Complaint that admittedly "accepted nearly all of Jason Scott Jordan's Corrected Proposed Findings of Facts" and nowhere in the Decision does it say there is a finding of fraud against the Defendant. Moreover, the Decision is equally silent on the issues of whether Defendant obtained services from the Plaintiff by false pretenses or false representations. Finally, fraud was not plead by the Plaintiff in the underlying state court matter (Case No. 14-17117) and therefore no inference may be drawn from the Decision in support of such a finding.

9.    Denied. The averments contained in this paragraph are conclusions of law to which no response is required of the Defendant.

2

## COUNT II

10.    The foregoing responses to paragraphs 1-9 are incorporated herein by reference.

11.    Denied. The averments in this paragraph are both unsupported in Plaintiff's record and misstatements of the law.

12.    Denied. The averments in this paragraph are both unsupported in Plaintiff's record and misstatements of the law.

WHEREFORE, the Debtor respectfully requests this Court enter judgment in his favor and against the Plaintiff for each count of the Complaint.

**CIARDI CIARDI & ASTIN**

Dated: January 6, 2025                    By: _____
                                          Albert A. Ciardi, Esquire
                                          Nicole M. Nigrelli, Esquire
                                          1905 Spruce Street
                                          Philadelphia, PA 19103
                                          T(215) 557-3550
                                          aciardi@ciardilaw.com
                                          nnigrelli@ciardilaw.com
                                          Attorneys for the Debtor