| | | |
|---|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA** | | |
| *In re*: | : <br> : | **Chapter 11** |
| **Alan Christopher Redmond,** | : <br> : | **Bankruptcy No. 24-13093(PMM)** |
| Debtor | : | |
| **Jason Scott Jordan,** | : <br> : | |
| **Plaintiff,** | : <br> : | **Adversary No. 24-0145(PMM)** |
| **v.** | : <br> : | |
| **Alan Christopher Redmond,** | : <br> : | |
| **Defendant.** | : | |

## JOINT STATEMENT REGARDING COURT-ANNEXED MEDIATION

Alan Christopher Redmond (the "Defendant"), by and through his counsel, Ciardi Ciardi & Astin, and Jason Scott Jordan (the "Plaintiff"), by and through his counsel, Cornerstone Law Firm, have conferred and submit this Joint Statement Regarding Court-Annexed Mediation with respect to the above-captioned adversary proceeding (the "Adversary Proceeding").

The parties to the Adversary Proceeding have declined to participate in the court-annexed mediation program.