**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093 pmm** |
| Debtor. | : |
| | : |
| **JASON SCOTT JORDAN,** | : |
| | : |
| Plaintiff, | : **ADV. PRO. NO. 24-0145 pmm** |
| v. | : |
| | : |
| **ALAN CHRISTOPHER REDMOND, et. al.,** | : |
| | : |
| Defendants. | : |

**26(f) REPORT OF DEFENDANT**

Alan C. Redmond, Debtor, by and through counsel, Ciardi Ciardi & Astin ("CCA"),

hereby submits the following 26(f) Report.

(1)     The Defendant agrees with the discovery dates and plan in this Court's pretrial

order dated January 14, 2025, at DN# 8.

(2)     The Defendant was unable to execute a Joint 26(f) Report because Plaintiff

prepared a report which resembles a brief and a case statement.  See attached Exhibit "A".

CIARDÍ CIARDI & ASTIN

Albert A. Ciardi, III, Esquire
Nicole N. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550 office
(215) 557-3551 fax
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

Date:  February 5, 2025