**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re*: | : |
| | : **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **Bankruptcy No. 24-13093(PMM)** |
| Debtor. | : |
| | : |
| | : |
| **JASON SCOTT JORDAN,** | : |
| | : |
| Plaintiff, | : **Adversary No. 24-0145(PMM)** |
| v. | : |
| | : |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Defendant. | : |
| | : |

### DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)

Defendant, Alan C. Redmond ("Defendant"), by and through undersigned counsel, Ciardi Ciardi & Astin, hereby submits his Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) (the "Disclosures") and, in support thereof, respectfully states as follows:

### I.     Introductory Statement

The Defendant makes the following Disclosures based on the information reasonably available to them as of March 17, 2025. By making these Disclosures, the Defendant does not represent that he is identifying every document, tangible thing, or witness, possibly relevant to this civil action. Nor does the Defendant waive his right to object to the production of any document or tangible thing disclosed herein because of privilege, the work product doctrine, undue burden or any other valid objection. Rather, these Disclosures represent a good faith effort to identify information the Defendant reasonably believes may be relevant to the pending civil action.

1

**II.**     **Disclosures Pursuant to Rule 26(a)(3):**

The Defendant hereby lists the following individuals that are likely to have discoverable information that the Defendant may use to support his claims and/or defenses:

1.     Alan C. Redmond

2.     Jason Scott Jordan

3.     Joel A. Ready, Esquire

4.     C. Malcolm Smith, III, CPA

5.     William Rush, Esquire

6.     Sarah Fry

7.     Bradley Butler

8.     Brent Furrie

9.     Pennsylvania Department of Insurance

In addition, the Defendant hereby incorporates the names of all other potential witnesses identified by Plaintiff in Plaintiff's Initial Disclosures.

**III.**     **Disclosures Pursuant to Rule 26(a)(3):**

Subject to the foregoing reservations, including the Defendant's right to modify, supplement, or clarify this response, Defendant represents that he has in his possession, custody, or control the following category of documents, electronically stored information, and tangible things that may support his claims or defenses:

(a)     All correspondences and electronic communications between Plaintiff and Defendant;

(b)     All exhibits or documents produced or used in the matter of *National Broker of America, Inc. and Redmond v. Jordan,* Court of Common Pleas of Bucks County 14-17117.

2

Additionally, Defendant designates and incorporates into the categories of documents and things that Defendant may use to support his claims and defenses: all documents, witnesses, and tangible items disclosed by any other party in this action pursuant to FRCP 26; all documents produced by all parties in response to discovery requests; and all exhibits to depositions taken in this action.

### IV.     **Disclosures Pursuant to Rule 26(a)(3):**

Defendant has not requested damages and has nothing to disclose at present.  Depending upon the outcome of the case, Defendant may have a claim for attorneys' fees and costs.

### V.     **Disclosures Pursuant to Rule 26(a)(3):**

Subject to the foregoing reservations, including the Defendant's right to modify, supplement, or clarify this response, Defendant represents that there is no insurance.

Dated:  March 17, 2025                    By:    **/s/ *Albert A. Ciardi, III***
                                                  Albert A. Ciardi, III, Esquire
                                                  Nicole M. Nigrelli, Esquire
                                                  Ciardi Ciardi & Astin
                                                  1905 Spruce Street
                                                  Philadelphia, PA  19103
                                                  aciardi@ciardilaw.com
                                                  nnigrelli@ciardilaw.com
                                                  215-557-3550 Telephone
                                                  215-557-3551 Facsimile

                                                  *Counsel to Debtor/Defendant,*
                                                  *Alan C. Redmond*

3