ALBERT A. CIARDI, III, ESQUIRE
ACIARDI@CIARDILAW.COM

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550
Fax: 215-557-3551

March 18, 2025

**_Via Electronic Case Filing_**
Honorable Patricia M. Mayer
United States Bankruptcy Court
    For the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

> **_Re:_**    **_In re Alan Christopher Redmond, Case No. 24-13093 (PMM)_**

Dear Judge Mayer,

I represent Alan Redmond in the Adversary Proceeding 24-145 brought by Jason Scott Jordan. We understand the Plaintiff seeks a discovery conference. The Debtor objects to the same as one is not warranted. Discovery has closed. The Plaintiff, Jordan, chose not to take any discovery. The Debtor served discovery, and the Plaintiff provided one document. After a meet and confer, the Debtor and Plaintiff reached a compromise which the Plaintiff has failed to confirm. The Debtor will be filing a Motion to Compel Production of Documents and/or Limit Evidence to the one document produced. By agreement, the Debtor will be taking Mr. Jordan's deposition out of time. A discovery conference is for discovery issues and Mr. Ready appears to be raising substantive legal issues unrelated to discovery.

In addition, while the Debtor has filed his Rule 26(a)(3) disclosures, the Plaintiff has failed to file his Rule 26(a)(3) disclosures as required by the Pretrial Order.

Respectfully submitted,

_/s/ Albert A. Ciardi_
Albert A. Ciardi, III, Esquire

AACIII/dt
cc:    Joel Ready, Esquire (joel@cornerstonelaw.us via ecf filing)

---

| PHILADELPHIA | WILMINGTON | NEW JERSEY |
|---|---|---|
| 1905 Spruce Street | 1204 North King Street | 52 Haddonfield-Berlin Road |
| Philadelphia, PA  19103 | Wilmington, DE 19801 | Suite 1000 |
| Phone: (215) 557-3550 | Phone: (302) 658-1100 | Cherry Hill, NJ 08034 |
| Fax: (215) 557-3551 | Fax: (302) 658-1300 | Phone: (856) 368-2001 |
|  |  | Fax: (856) 368-2002 |