**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**Alan Christopher Redmond,**                                    **Chapter 11**

:

**Debtor.**                                    **Bky. No. 24-13093 (PMM)**

:

**Jason Scott Jordan,**

:

**Plaintiff.**                                    **Adv. No. 24-0145 (PMM)**

:

**v.**

**Alan Christopher Redmond.,**

:

:

**Defendant.**

:

:

**ORDER REGARDING MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, upon consideration of the Defendant's Motion for Summary Judgment (doc.
#18, the "Motion"):

It is hereby **ORDERED** that:

1) The Plaintiff must file a response to the Motion on or before **April 28, 2025**; and

2) The pretrial hearing scheduled for April 23, 2025 is **canceled**.

Dated: 3/31/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge