NICOLE M. NIGRELLI, ESQUIRE
NNIGRELLI@CIARDILAW.COM

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550 x 115
Fax: 215-557-3551

April 14, 2025

**_Via Electronic Case Filing_**
Honorable Patricia M. Mayer
United States Bankruptcy Court
    For the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

> **_Re:_**   **_In re Alan Christopher Redmond, Case No. 24-13093 (PMM)_**
> **_Jason Scott Jordan v. Alan Christopher Redmond,_**
> **_Adv. Pro. No. 24-00145_**

Dear Judge Mayer,

As you are aware, Ciardi, Ciardi & Astin represents Alan Christopher Redmond, the defendant (the "Defendant") in the above-referenced adversary proceeding.   I am writing with respect to the *Amended Pretrial Order* entered in the above referenced adversary on January 14, 2025 and specifically the requirement that a **Joint Pretrial Statement** be filed by today, **April 14, 2025**.

As Your Honor is aware, the Defendant filed a Motion for Summary Judgment (the "SJ Motion") on March 28, 2025.  The response to the SJ Motion is due on or before April 28, 2025 and Your Honor cancelled the settlement conference scheduled for next week on April 23, 2025.  I recognize that pursuant to the Amended Pretrial Order the filing of the SJ Motion does not relieve the remaining obligations set forth in the Amended Pretrial Order, but in light of the cancellation of the settlement conference, I wanted to confirm if that requirement was being pushed back as we have not heard from

| **PHILADELPHIA** | **WILMINGTON** | **NEW JERSEY** |
|---|---|---|
| 1905 Spruce Street | 1204 North King Street | 52 Haddonfield-Berlin Road |
| Philadelphia, PA 19103 | Wilmington, DE 19801 | Suite 1000 |
| Phone: (215) 557-3550 | Phone: (302) 658-1100 | Cherry Hill, NJ 08034 |
| Fax: (215) 557-3551 | Fax: (302) 658-1300 | Phone: (856) 368-2001 |
| | | Fax: (856) 368-2002 |

Mr. Ready with respect to his obligation to facilitate the preparation and filing of the Joint Pretrial Statement.

Thank you for your continued time and patience with this adversary.

Respectfully submitted,

*/s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire

NMN/dt

cc:   Albert A. Ciardi, III, Esquire (via email aciardi@ciardilaw.com)
      Joel Ready, Esquire (via email joel@cornerstonelaw.us)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**Alan Christopher Redmond,**

               **Debtor.**

**Chapter 11**

**Bky. No. 24-13093 (PMM)**

**Jason Scott Jordan,**

               **Plaintiff.**

               **v.**

**Alan Christopher Redmond.,**

               **Defendant.**

**Adv. No. 24-0145 (PMM)**

## ORDER REGARDING MOTION FOR SUMMARY JUDGMENT

**AND NOW**, upon consideration of the Defendant's Motion for Summary Judgment (doc. #18, the "Motion"):

It is hereby **ORDERED** that:

1) The Plaintiff must file a response to the Motion on or before **April 28, 2025**; and

2) The pretrial hearing scheduled for April 23, 2025 is **canceled**.

Dated: 3/31/25

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge