**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Alan Christopher Redmond,**　　　　　　　　　**Chapter 11**

　　　　　:

　　　　**Debtor.**　　　　　　　　　　　:　　　**Bky. No. 24-13093 (PMM)**

_____:

**Jason Scott Jordan,**

　　　　　　:

　　　　**Plaintiff.**　　　　　　　　　:　　　**Adv. No. 24-0145 (PMM)**

　　　　　　:

　　　　**v.**　　　　　　　　　　　　:

**Alan Christopher Redmond.,**

　　　　　　:

　　　　　　:

　　　　**Defendant.**

　　　　　　:

_____:

### ORDER REGARDING MOTION FOR SUMMARY JUDGMENT

**AND NOW**, upon consideration of the Defendant's Correspondence with the Court (doc. #21):

It is hereby **ORDERED** that all dates set forth in the Pretrial Order (doc. #8) are hereby **suspended** pending the outcome of the Motion for Summary Judgment (doc. #18).

Dated: 4/14/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge