United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff

Adv. Proc. No. 24-00145-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| pla | + | Jason Scott Jordan, c/o Joel A. Ready, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: james.gannone@usdoj.gov | Apr 15 2025 01:17:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 15 2025 01:17:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4                                     User: admin                                          Page 2 of 2
Date Rcvd: Apr 14, 2025                          Form ID: pdf900                              Total Noticed: 4

JOEL A. READY
                    on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

NICOLE MARIE NIGRELLI
                    on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com


TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Alan Christopher Redmond,**                           **Chapter 11**
                                                     :
           **Debtor.**                                **Bky. No. 24-13093 (PMM)**
_____:
**Jason Scott Jordan,**
                                                     :
           **Plaintiff.**                             **Adv. No. 24-0145 (PMM)**
                                                     :
           **v.**
**Alan Christopher Redmond.,**
                                                     :
                                                     :
           **Defendant.**
                                                     :
_____:

**ORDER REGARDING MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, upon consideration of the Defendant's Correspondence with the Court (doc.

#21):

It is hereby **ORDERED** that all dates set forth in the Pretrial Order (doc. #8) are hereby

**suspended** pending the outcome of the Motion for Summary Judgment (doc. #18).

Dated: 4/14/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge