ALBERT A. CIARDI, III, ESQUIRE
ACIARDI@CIARDILAW.COM

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550
Fax: 215-557-3551

April 29, 2025

**<u>Via Electronic Case Filing</u>**
The Honorable Patricia M. Mayer
United States Bankruptcy Court
for the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

> ***Re:   Alan Christopher Redmond;***
> ***Bankruptcy No. 24-13093 (PMM)***
> ***<u>Jordan v. Redmond; Adversary Proceeding No. 24-0145(PMM)</u>***

Dear Judge Mayer:

The Debtor is in receipt of the Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment and for Rule 56(f)(1) Relief filed on April 28, 2025 (the "Response"). Because the Plaintiff's Response includes a cross-motion for summary judgment pursuant to Fed. R. Civ. P. 56(f)(1), the Debtor requests thirty (30) days to file his reply (the "Reply") to the Plaintiff's Response. This request replaces the Reply date at May 28, 2025.

Respectfully submitted,

***/s/ Albert A. Ciardi, III***

Albert A. Ciardi, III

AACIII/sf
cc:      All counsel of record via ecf transmission

---

| **PHILADELPHIA** | **WILMINGTON** | **NEW JERSEY** |
|---|---|---|
| 1905 Spruce Street | 1204 North King Street | 52 Haddonfield-Berlin Road |
| Philadelphia, PA 19103 | Wilmington, DE 19801 | Suite 1000 |
| Phone: (215) 557-3550 | Phone: (302) 658-1100 | Cherry Hill, NJ 08034 |
| Fax: (215) 557-3551 | Fax: (302) 658-1300 | Phone: (856) 368-2001 |
| | | Fax: (856) 368-2002 |