## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |
| _____ | : | |
| **Jason Scott Jordan,** | | |
| | : | |
| **Plaintiff.** | | **Adv. No. 24-0145 (PMM)** |
| | : | |
| v. | | |
| | : | |
| **Alan Christopher Redmond.,** | | |
| | : | |
| | : | |
| **Defendant.** | | |
| | : | |
| _____ | : | |

## ORDER

      **AND NOW**, upon consideration of the Plaintiff's Request to Extend Time to File Reply Brief (doc. #25);

      It is hereby **ORDERED** that the deadline for the Plaintiff to file a Reply to the Defendant's Response is **May 30, 2025**.

Dated: 4/30/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge