**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond** | : | |
| | : | **Bky No.  24-13093 (PMM)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff.** | : | **Adv. No. 24-00145 (PMM)** |
| | : | |
| **v.** | : | |
| | : | |
| **Alan Christopher Redmond,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## AMENDED ORDER

**AND NOW**, upon consideration of the Defendant's Request to Extend Time to File Reply Brief (doc. #25) and the Court having entered an Order on April 30, 2025 (doc. #26);

It is hereby **ORDERED** that the April 30, 2025 Order is **AMENDED** to provide that the deadline for the Defendant to file a Reply to the Plaintiff's Response is **May 30, 2025**.

**Date:  May 01, 2025**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**