**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor | Case No. 24-13093-PMM |
| JASON SCOTT JORDAN, Plaintiff, | Involuntary Chapter 11 |
| v. | |
| ALAN CHRISTOPHER REDMOND, Defendant. | Adv. Proc. No. 24-0145-PMM |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

NOW COMES Plaintiff, by and through undersigned counsel, who respectfully files this Motion and offers the following:

At ECF No. 30, Defendant raised brand new arguments about discovery violations and accused undersigned counsel of making a "materially false statement" [ECF No. 30 at 3] which obligates undersigned counsel to respond. Defendant additionally misstated the law of the case of *In re* Feng Li, 610 F. App'x 126 (3d Cir. 2015). For those reasons, Plaintiff requests that the Court grant this Motion and accept for filing Plaintiff's Sur-Reply, which is six pages and limited to the aforementioned issues.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this Motion and accept for filing Plaintiff's Sur-Reply submitted contemporaneously with this Motion; and such other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: June 5, 2025         By:    /s/ Joel A. Ready
                                    Joel A. Ready, Esquire
                                    PA Attorney I.D. # 321966
                                    8500 Allentown Pike, Suite 3

1

Blandon, PA 19510
(610) 926-7875