**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **Alan Christopher Redmond,** | : | |
| | : | **Bankruptcy No. 24-13093(PMM)** |
| Debtor | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| Plaintiff, | : | **Adversary No. 24-0145(PMM)** |
| | : | |
| v. | : | |
| | : | |
| **Alan Christopher Redmond,** | : | |
| | : | |
| Defendant. | : | |
| **United States Small Business Administration,** | : | **Adversary No. 25-00119(PMM)** |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **Aland Christopher Redmond,** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW** this ____ day of _____, 2025, upon consideration of the Motion of Ciardi Ciardi & Astin ("Ciardi") for Entry of an Order Authorizing the Withdrawal of Ciardi as counsel for Debtor and Request for a Stay of all Deadlines for Sixty (60) Days (the "Motion) filed in the above captioned bankruptcy proceedings, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Ciardi Ciardi & Astin is removed as counsel for the Debtor in the above captioned bankruptcy proceedings; and

**ORDERED** that all deadlines are stayed for sixty (60) days to permit the Debtor time to obtain new counsel.

BY THE COURT

_____

United States Bankruptcy Judge
The Honorable Patricia M. Mayer