| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF PENNSYLVANIA | | |
|---|---|---|
| *In re*:<br><br>**Alan Christopher Redmond,**<br><br>        **Debtor** | :<br>:<br>:<br>:<br>:<br>: | **Chapter 11**<br><br>**Bankruptcy No. 24-13093(PMM)** |
| **Jason Scott Jordan,**<br>            **Plaintiff,**<br>    **v.**<br><br>**Alan Christopher Redmond,**<br><br>        **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>: | **Adversary No. 24-0145(PMM)** |
| **United States Small Business Administration,**<br>            **Plaintiff,**<br>    **v.**<br><br>**Aland Christopher Redmond,**<br>        **Defendant** | :<br>:<br>:<br>:<br>:<br>: | **Adversary No. 25-00119(PMM)** |

## CERTIFICATION OF SERVICE

I, Albert A. Ciardi, III, Esquire certify that on June 10, 2025, I did cause a true and correct copy of the *Notice of Motion __and__ Motion to Withdraw as Counsel for Debtor and Request for All Deadlines to be Stayed for Sixty (60) Days* to be served on the parties listed on the Mailing List, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. *Amended Notice Motion in the Bankruptcy Case No. 24-13093;*
2. *Notice of Motion in the adversary matters of Adv. No. 24-0145 & 25-00119; and,*
3. *Motion to Withdraw as Counsel for Debtor and Request for all Deadlines to be Stayed for Sixty (60) days*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**CIARDI CIARDI & ASTIN**

By:    */s/ Albert A. Ciardi, III*
        Albert A. Ciardi, III, Esquire
        1905 Spruce Street
        Philadelphia, PA  19103
        T (215) 557-3550/F (215) 557-3551
        aciardi@ciardilaw.com

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| Rachel Wolf<br>Samantha Lieb<br>**Office of US Trustee**<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | **Office of the**<br>**United States Trustee** | Via CM/ECF and U.S. First Class Mail |
| Alan C. Redmond<br>2005 Regency Drive<br>Wyomissing, PA 19610 | **Debtor** | Via U.S. First Class Mail |
| **Melissa N. Licker, Esq.**<br>Hinshaw & Culbertson, LLP<br>800 Third Avenue, 13th Floor<br>New York, New York 10022 | **World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC** | Via CM/ECF and U.S. First Class Mail |
| **Producer Advance LLC**<br>c/o Angelina E Lim, Esquire<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 North Ashley Drive, Ste 3100<br>Tampa, Fl 33602 | **Producer Advance LLC** | Via CM/ECF and U.S. First Class Mail |
| **US-SBA**<br>c/o Anthony St. Joseph, Esquire<br>US Attorney Office<br>615 Chestnut Street, Ste 1250<br>Philadelphia, PA 19106 | **US-SBA** | Via CM/ECF and U.S. First Class Mail |
| **Commonwealth of PA**<br>**Dept of Revenue**<br>Office of Attorney General<br>c/o Brenda S. Bishop, Esquire<br>15th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17120 | **Commonwealth of PA**<br>**Dept of Revenue** | Via CM/ECF and U.S. First Class Mail |
| **Petitioning Creditors**<br>Ethan Shalter & Jason Scott Jordan<br>Cornerstone Law Firm<br>c/o Joel A. Ready, Esquire<br>8500 Allentown Pike, Ste 3<br>Blandon, PA 19510 | **Petitioning Creditors** | Via CM/ECF and U.S. First Class Mail |

| **Creditors** | | |
|---|---|---|
| All Web Leads<br>7300 RM 2222<br>Bldg 2 Ste 100<br>Austin, TX 78730 | **Creditors** | Via U.S. First Class Mail |
| Cardflex, Inc.<br>2195 American Ave. #A<br>Costa Mesa, CA 92627 | **Creditors** | Via U.S. First Class Mail |
| Complete Business Solutions Group, Inc.<br>d/b/a PAR Funding<br>141 N. 2nd Street<br>Philadelphia, PA 19106 | **Creditors** | Via U.S. First Class Mail |
| Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103 | **Creditors** | Via U.S. First Class Mail |
| Santander Bank<br>2220 State Hill Road<br>Reading, PA 19610-1904 | **Creditors** | Via U.S. First Class Mail |
| Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | **Creditors** | Via U.S. First Class Mail |
| Santander Bank<br>601 Penn St, #1050<br>Reading, PA 19601 | **Creditors** | Via U.S. First Class Mail |
| Seguro Medico, LLC<br>2706 Philmay Terrace<br>Reading, PA 19606-2220 | **Creditors** | Via U.S. First Class Mail |
| Small Business Association<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | **Creditors** | Via U.S. First Class Mail |
| Matthew Murray<br>2005 Regency Drive<br>Reading, PA 19610 | **Creditors** | Via U.S. First Class Mail |
| National Brokers of America<br>354 Penn Street<br>Reading PA 19602 | **Creditors** | Via U.S. First Class Mail |
| Verizon<br>PO Box 15124<br>Albany, NY 12212 | **Creditors** | Via U.S. First Class Mail |

| | | |
|---|---|---|
| Verizon by American InfoSource<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | **Creditors** | Via U.S. First Class Mail |
| U.S. Department of Labor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103-2968 | **Creditors** | Via U.S. First Class Mail |
| Berks County Tax Dept.<br>c/o Nicole E. Blanding, Director<br>633 Court Street<br>Reading, PA 19601 | **Berks County Tax Dept** | |
| John W. Kettering, Esquire<br>Pietragallo Gordon Alfano<br>Bosick & Raspanti, LLP<br>7 West State Street, Suite 100<br>Sharon, PA 16146 | | Via U.S. First Class Mail |
| **C. Malcolm Smith, PC**<br>Susanna M. Fultz, Esquire<br>Matthew G. Brushwood, Esquire<br>Barley Snyder, LLP<br>2755 Century Boulevard<br>Wyomissing, PA 19610 | **C. Malcolm Smith, PC** | Via U.S. First Class Mail |
| **Bene Market**<br>c/o Norman Valz<br>Norman M. Valz & Associates<br>441 Irvington Road<br>Drexel Hill, PA 19026 | **Bene Market** | Via U.S. First Class Mail |
| **William Rush**<br>Rush Law Group<br>38 N. 6th Street<br>PO Box 0758<br>Reading, PA 19601 | **C. Malcolm Smith Co PC** | Via U.S. First Class Mail |
| **Santander Consumer USA**<br>c/o William E. Craig, Esquire<br>Eisenberg Gold & Agrawal, P.C.<br>1040 Kings Hwy N #200<br>Cherry Hill, NJ 08034 | **Santander Consumer USA** | Via U.S. First Class Mail |
| **AWIS**<br>c/o Justin J. Boron, Esquire<br>Freeman Mathis & Gary, LLP<br>1600 Market Street, Suite 1210<br>Philadelphia, PA 19103 | **AWIS** | Via U.S. First Class Mail |

| | | |
|---|---|---|
| **The Corporation Trust Company**<br>c/o Daniel M. Pereira, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | **The Corporation Trust Company** | Via U.S. First Class Mail |
| Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19106 | | Via U.S. First Class Mail |
| Pennsylvania Dept of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | | Via U.S. First Class Mail |
| Pennsylvania UC Tax Services<br>Labor & Industry Building<br>651 Boas Street, Suite 1113<br>Harrisburg, PA 17121 | | Via U.S. First Class Mail |
| Pennsylvania Dept. of Revenue<br>Strawberry Square, 11th Floor<br>Harrisburg, Pennsylvania | | Via U.S. First Class Mail |
| PA Dept of Labor and Industry – UCTS<br>c/o Carla Arias<br>Joseph Kots<br>Bankruptcy & Compliance Unit<br>625 Cherry Street; Room 203<br>Reading, PA 19602-1152 | | Via U.S. First Class Mail |
| Office of Attorney General<br>c/o Carol E. Momjian, Esquire<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | | Via U.S. First Class Mail |
| Office of Tax & Revenue<br>Office of the Chief Financial Officer<br>1101 4th Street, SW - Suite W270<br>Washington, DC 20024 | | Via U.S. First Class Mail |
| SEC<br>One Penn Center<br>1617 JFK Blvd., Suite 520<br>Philadelphia, PA 19103 | | Via U.S. First Class Mail |