**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Alan Christopher Redmond,** | : | Chapter 11 |
| Debtor. | : | Bky. No. 24-13093 (PMM) |
| | : | |
| **Jason Scott Jordan,** | : | |
| Plaintiff. | : | Adv. No. 24-0145 (PMM) |
| v. | : | |
| **Alan Christopher Redmond.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, upon consideration of the Motion for Leave to File Sur-Reply Filed by Jason Scott Jordan (doc. #32, the "Motion")

It is hereby **ORDERED** that the Motion is **denied**.

Dated: 6/11/25

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge