# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | : | Chapter 11 |
| | : | |
| Debtor. | : | Bky. No. 24-13093 (PMM) |
| _____ | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| Plaintiff. | : | Adv. No. 24-0145 (PMM) |
| | : | |
| v. | | |
| | | |
| **Alan Christopher Redmond.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney (doc. #33, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **granted**; and

2) Ciardi, Ciardi & Astin is removed as counsel for the Debtor.

Dated: 7/15/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge