**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| | : | |
| | : | **Bky. No. 24-13093 (PMM)** |
| **Debtor.** | : | |
| | : | |
| | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Adv. No. 24-00145 (PMM)** |
| | : | |
| **Alan Christopher Redmond** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, upon consideration of the Defendant's Motion for Summary Judgment (doc.

# 18, the "Motion"), the Plaintiff's Brief in Opposition (doc. # 24), and the Reply thereto (doc. #

30);

**AND** for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that the Motion is **GRANTED,** judgment is entered in favor of

the Defendant, and the Adversary Proceeding is **DISMISSED**.


**Date: July 31, 2025**

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**