**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| Jason Scott Jordan,<br><br>                    Plaintiff<br><br>v.<br><br>Alan Christopher Redmond,<br><br>                    Defendant | Involuntary Chapter 11<br><br>Adv. No. 24-0145 (PMM) |

**NOTICE OF APPEAL**

**Part 1:**         **Identify the Appellants:**

1.      Name of Appellant:    Jason Scott Jordan.

2.      Position of Appellant in the Adversary Proceeding:  Plaintiff.

**Part 2:**         **Identify the subject of this appeal:**

1.      Describe the judgment—or the appealable order or decree—from which the appeal is taken: Final order, attached and from all prior orders, which granted summary judgment in favor of Defendant, Alan Christopher Redmond, on nondischargeability of debts.

2.      Date on which the judgment was entered:     July 31, 2025.

**Part 3:**         **Identify the other parties to the appeal:**

Party:  Alan Christopher Redmond (pro se).

        Primary address:        2 High Road, Wyomissing, PA 19610.

        Secondary address:    2005 Regency Drive, Wyomissing, PA 19610.

**Part 4:**         **Not applicable.**

**Part 5:**         **Sign below.**

1

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: August 13, 2025                    By:      /s/ Joel A. Ready
                                                   Joel A. Ready, Esquire
                                                   8500 Allentown Pike, Suite 3
                                                   Blandon, PA 19510
                                                   (610) 926-7875

2