**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| Jason Scott Jordan, | Involuntary Chapter 11 |
| Plaintiff | Adv. No. 24-0145 (PMM) |
| v. | |
| Alan Christopher Redmond, | |
| Defendant | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellant Jason Scott Jordan, under Fed. R. Bankr. P. 8009(a), hereby designates the following items to be included in the record on appeal:

| ECF No. | Date | Document |
|---|---|---|
| 1 | 12/06/2024 | Complaint |
| 2 | 12/09/2024 | Praecipe to Attach Exhibit |
| 5 | 01/06/2025 | Answer |
| 8 | 01/14/2025 | Amended Pretrial Order |
| 11 and 11-1 | 02/05/2025 | Defendant's Rule 26(f) Report and Exhibit |
| 12 | 02/05/2025 | Plaintiff's Rule 26(f) Report |
| 13 | 03/17/2025 | Defendant's Rule 26(a) Initial Disclosures |
| 14 | 03/18/2025 | Letter to Judge Mayer from Defendant's Counsel |
| 15 | 03/24/2025 | Plaintiff's Rule 26(a) Initial Disclosures |
| 16 | 03/24/2025 | Letter to Judge Mayer from Plaintiff's Counsel |
| 17 | 03/25/2025 | Defendant's Objection |
| 18 to 18-9 | 03/28/2025 | Defendant's Motion for Summary Judgment with Exhibits |
| 19 | 03/31/2025 | Scheduling Order |
| 24 to 24-1 | 04/28/2025 | Plaintiff's Brief and Cross-Motion with Exhibits |
| 25 | 04/29/2025 | Defense Counsel's Letter to Judge Mayer |
| 30 | 05/30/2025 | Defendant's Reply Brief |
| 31 | 06/06/2025 | Plaintiff's Sur-Reply |
| 32 | 06/06/2025 | Plaintiff's Motion for Leave to File Sur-Reply |
| 42 | 07/31/2025 | Opinion of Judge Mayer |
| 43 | 07/31/2025 | Order Granting Summary Judgment |

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: August 13, 2025           By:     /s/ Joel A. Ready
                                         Joel A. Ready, Esquire
                                         8500 Allentown Pike, Suite 3
                                         Blandon, PA 19510
                                         (610) 926-7875