*Form 256* (3/23)–doc 49 – 46

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Jason Scott Jordan | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24–00145–pmm |
| v. | ) | |
| | ) | |
| Alan Christopher Redmond | ) | |
| Defendant | ) | |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [46] Notice of Appeal as served on August 14, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Judge Patricia M. Mayer | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: | CM/ECF |
| U.S. District Court | Email |
| Debtor: | Regular mail through the BNC |
| Debtor's Attorney: | CM/ECF |
| | |
| Other Parties: Joel A. Ready Nicole Marie Nigrelli | Email or CM/ECF |
| Jason Scott Jordan Alan Christopher Redmond | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: August 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court