*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24−13093−pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Jason Scott Jordan | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24−00145−pmm |
| v. | ) | |
| | ) | Civil Case Number. |
| Alan Christopher Redmond | ) | |
| Defendant | ) | |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered and Dated July 31, 2025 & Opinion entered and Dated July 31, 2025 by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☑ paid     ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: August 14, 2025                                        For The Court

                                                             Timothy B. McGrath
                                                             Clerk of Court

---

Received Above material or record tile this day:  August 15, 2025
Civil Action No. 5:25-cv-4712                        Signature: /s/ *Steve Tomas*
   Miscellaneous    No._____          Date: 8/15/25
Assigned to Judge Joseph F. Leeson, Jr.