United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff

Adv. Proc. No. 24-00145-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: 256 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| pla | + | Jason Scott Jordan, c/o Joel A. Ready, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| | + | Rachel Wolf, Esq., Office of the United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| | + | Samantha Lieb Esq., Office of the United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 15 2025 00:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 15 2025 00:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Aug 15 2025 00:39:55 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 15 2025 00:39:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025          Signature:      /s/Gustava Winters

District/off: 0313-4

Date Rcvd: Aug 14, 2025

User: admin

Form ID: 256

Page 2 of 2

Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us |
| NICOLE MARIE NIGRELLI | on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

TOTAL: 3

*Form 256* (3/23)–doc 50 – 46

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Jason Scott Jordan | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24–00145–pmm |
| v. | ) | |
| | ) | |
| Alan Christopher Redmond | ) | |
| Defendant | ) | |

## Amended Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [46] Notice of Appeal as served on August 14, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Judge Patricia M. Mayer | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: | CM/ECF |
| U.S. District Court | Email |
| Debtor: | Regular mail through the BNC |
| Debtor's Attorney: | CM/ECF |
| | |
| Other Parties: Nicole Marie Nigrelli Counsel for Defendant Alan Christopher Redmond Joel A. Ready Counsel for Plaintiff Jason Scott Jordon | Email or CM/ECF |
| Rachel Wolf, Esq. Counsel for U.S. Trustee Samantha Lieb Esq. Counsel for U.S. Trustee | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: August 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court