*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| Jason Scott Jordan | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24–00145–pmm |
| v. | ) | |
| | ) | Civil Case Number. 25–cv–4712 |
| Alan Christopher Redmond | ) | |
| Defendant | ) | |

## <u>Transmission of Documents to the U.S. District Court</u>

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid ☐ not paid

☑ Designation of Record on Appeal Filed by Joel Ready on 08/13/2025
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.


Date: September 8, 2025            For The Court

                                                  Mohung Wong
                                                  Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____          Signature: _____
Miscellaneous No._____          Date: _____
Assigned to Judge _____