UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JASON SCOTT JORDAN,                       :
    Appellant                         :
                                      :     Civil No. 5:25-cv-4712
v.                                        :     Bank. No. 24-13093
                                      :     Adv. No. 25-147
ALAN CHRISTOPHER REDMOND,                 :
    Appellee /Debtor-in-Possession    :

## O R D E R

**AND NOW**, this 13th day of November, 2025, upon consideration of Appellee

Redmond's failure to timely file his brief, *see* ECF No. 3 (Scheduling order requiring Appellee

to "file his brief within 30 days after service of the brief of the Appellant"), ECF No. 6

(Appellant's brief filed October 10, 2025), **IT IS ORDERED THAT**:

**No later than November 20, 2025**, Appellee shall file his brief.  If he fails to do so, he

will not be heard at oral argument, if any, without permission of the Court.  *See In re Rauso*, 212

B.R. 242, 245 (E.D. Pa. 1997) (concluding that where the bankruptcy appellee failed to file its

brief, "the sanction of Appellate Rule 31(c) will be applied and [the appellee] will be prohibited

from offering oral argument without permission of the Court" (citing Fed. R. App. P. 31)).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

*Rec'd, 12/16/2025*
*11:30 AM*
*MW.*