**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **Jason Scott Jordan,** | | |
| | : | |
| **Plaintiff.** | : | **Adv. No. 24-0145 (PMM)** |
| | : | |
| **v.** | | |
| | : | |
| **Alan Christopher Redmond.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

**ORDER**

    **AND NOW**, upon consideration of the District Court Order remanding for trial the §523(a)(6) cause of action following the Plaintiff's appeal of this Court's Opinion and Order granting summary judgment to the Defendant, <u>see</u> doc. #'s 42,43, 59;

    It is hereby **ORDERED** that a pretrial conference will be held on **Tuesday, June 9, 2026 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

Dated: 5/15/26

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610