**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Alan Christopher Redmond,**                                **Chapter 7**

                                  :

         **Debtor.**                                **Bky. No. 24-13093 (PMM)**

                                  :

**Jason Scott Jordan,**

                                  :

         **Plaintiff.**                                **Adv. No. 24-0145 (PMM)**

                                  :

         **v.**

**Alan Christopher Redmond.,**

                                  :

                                  :

         **Defendant.**

                                  :

                                  :

## ORDER

      **AND NOW**, upon consideration of the hearing held on June 9, 2026, it is hereby **ordered** that:

1) A **mandatory** pretrial status hearing will be held on **Thursday, August 6, 2026 at 2:00 p.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

2) The Debtor Defendant **shall attend** the pretrial hearing.

3) Failure of the Debtor Defendant to attend the August 6, 2026 hearing as ordered **may result in the Plaintiff obtaining a default** with regard to the remaining §523(a)(6) cause of action.

4) The parties shall submit a Joint Pretrial Statement on or before **September 2, 2026**. See Local Rule 7016-1.

5) Trial of this matter will take place on **Wednesday, September 16, 2026 at 9:30 a.m.** in

the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201

Penn St., Reading, Pennsylvania, 19601.

1.   The following procedures will govern the trial:

   a.   On or before **September 2, 2026**, any party intending to call a witness to

   testify shall file and serve[1] a Witness List setting forth the following:

     i.   the name and title of the witness; and

     ii.   a summary of subject matter of the anticipated testimony;

   b.   On or before **September 2, 2026**, any party intending to offer into evidence

   exhibits shall:

     i.   pre-mark each exhibit;

     ii.   convert *each* exhibit to a *separate* pdf;

     iii.   serve each party with each pre-marked exhibit on the exhibit list;[2]

     iv.   deliver the exhibit list and each exhibit to the court by e-mailing them to the Courtroom Deputy at PMM_CRD@paeb.uscourts.gov

**Date:  6/9/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610

---

[1]   It is contemplated and preferred that all service required by this Order will be accomplished by e-mail.  However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

[2]   If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel.  However, an exhibit used in connection with the testimony of a witness must be supplied to the witness at the time of testimony.