United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff

Adv. Proc. No. 24-00145-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | + James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 11 2026 00:43:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| NICOLE MARIE NIGRELLI | on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4                                     User: admin                                          Page 2 of 2

Date Rcvd: Jun 10, 2026                                 Form ID: pdf900                                    Total Noticed: 2

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Alan Christopher Redmond,**                            **Chapter 7**
                                                 :
         **Debtor.**                             **Bky. No. 24-13093 (PMM)**
_____:
**Jason Scott Jordan,**
                                                 :
         **Plaintiff.**                          **Adv. No. 24-0145 (PMM)**
                                                 :
         **v.**

**Alan Christopher Redmond.,**
                                                 :
                                                 :
         **Defendant.**
                                                 :
_____:

**<u>ORDER</u>**

   **AND NOW**, upon consideration of the hearing held on June 9, 2026, it is hereby **ordered** that:

1) A **mandatory** pretrial status hearing will be held on **Thursday, August 6, 2026 at 2:00 p.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

2) The Debtor Defendant **<u>shall attend</u>** the pretrial hearing.

3) Failure of the Debtor Defendant to attend the August 6, 2026 hearing as ordered **<u>may result in the Plaintiff obtaining a default</u>** with regard to the remaining §523(a)(6) cause of action.

4) The parties shall submit a Joint Pretrial Statement on or before **September 2, 2026**. <u>See</u> Local Rule 7016-1.

5) Trial of this matter will take place on **Wednesday, September 16, 2026 at 9:30 a.m.** in

the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201

Penn St., Reading, Pennsylvania, 19601.

1.  The following procedures will govern the trial:

   a.  On or before **September 2, 2026**, any party intending to call a witness to

      testify shall file and serve[1] a Witness List setting forth the following:

      i.  the name and title of the witness; and

      ii.  a summary of subject matter of the anticipated testimony;

   b.  On or before **September 2, 2026**, any party intending to offer into evidence

      exhibits shall:

      i.  pre-mark each exhibit;

      ii.  convert *each* exhibit to a *separate* pdf;

      iii.  serve each party with each pre-marked exhibit on the exhibit list;2

      iv.  deliver the exhibit list and each exhibit to the court by e-mailing them
         to the Courtroom Deputy at PMM_CRD@paeb.uscourts.gov

**Date:  6/9/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610

---

[1]   It is contemplated and preferred that all service required by this Order will be accomplished by e-mail.  However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

[2]   If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel.  However, an exhibit used in connection with the testimony of a witness must be supplied to the witness at the time of testimony.