**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Alan Christopher Redmond,**                          **Chapter 7**

:

      **Debtor.**                          **Bky. No. 24-13093 (PMM)**

:

**Jason Scott Jordan,**

:

      **Plaintiff.**                          **Adv. No. 24-0145 (PMM)**

:

      **v.**

**Alan Christopher Redmond.,**

:

:

      **Defendant.**

:

:

**ORDER**

    **AND NOW**, for reasons stated at a hearing held and concluded on June 30, 2026;

    It is hereby **ordered** that:

1)  This Adversary Proceeding is **stayed** pending resolution of Adversary Proceeding no. 25-254 (Jordan v. Redmond); and

2)  The hearing scheduled for August 6, 2026 and the trial scheduled for September 16, 2026 are **canceled**.

**Date:  6/30/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610