**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *IN RE*: | Chapter 7 |
| ALAN CHRISTOPHER REDMOND, | Case No. 24-13093 |
| Debtor. | |
| | |
| JASON SCOTT JORDAN, | Adversary Proc. No. 24-00145-PMM |
| Appellant, | |
| v. | |
| ALAN CHRISTOPHER REDMOND, | |
| Appellee. | |
| | |
| JASON SCOTT JORDAN, | Civil Case No. 5:25-CV-04712-JFL |
| Appellant, | |
| v. | |
| ALAN CHRISTOPHER REDMOND, | |
| Appellee. | |

---

### NOTICE OF APPEAL

Notice is given that Jason Scott Jordan hereby appeals to the United States Court of Appeals for the Third Circuit from the May 5, 2026 Order of the Court, ECF No. 11.

This Notice of Appeal is timely because filed within 30 days of the same May 6, 2026 Order under Fed. R. App. P. 4.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: June 4, 2026          By:     /s/ Joel A. Ready
Joel A. Ready, Esquire
PA Attorney I.D. No. 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875
Counsel for Jason Scott Jordan.

1